**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 33 WAP 2023
BY ATTORNEY GENERAL MICHELLE :
HENRY, :
:
:
Appellant :
:
:
:
v. :
:
:
VISION PROPERTY MANAGEMENT, LLC, :
VPM HOLDINGS, LLC, ALEX SZKARADEK, :
ANTONI SZKARADEK, ACM VISION V, :
LLC,  ACP 1, LLC, ACP 3, LLC, ALAN :
INVESTMENTS III, LLC, ALCA, LLC, :
ARCHWAY COMMUNITY PROPERTIES I, :
LLC, ARCHWAY COMMUNITY :
PROPERTIES, II, LLC, ARCHWAY :
COMMUNITY PROPERTIES, III, LLC, :
ARCHWAY COMMUNITY PROPERTIES, :
IV, LLC, AVALANCHE HOLDINGS :
COMPANY, LLC, AXIS, LLC, BAT :
HOLDINGS EIGHT, LLC, BAT HOLDINGS :
ONE, LLC, BAT  HOLDINGS, LLC, BAT :
HOLDINGS TWO, LLC, BAT HOLDINGS :
SIX, LLC, BAT HOLDINGS NINE, LLC, BAT :
HOLDINGS, EIGHT, LLC,  BOOM SC, LLC, :
DS NEW, LLC, DSV SPV I, DSV SPV 2, :
DSV SPV3, JOLEK, LLC, KAJA HOLDINGS :
2, LLC, KAJA HOLDINGS,  LLC M16S, LP, :
M17S, LP, MON HAVEN 14, LP, NATIONAL :
HOUSING PARTNERS, LLC, NEWBRIDGE :
CAPITAL FUNDING, LLC,  ONE PINE VIII, :
LLC, PF I, LLC, PA SEVEN, LLC, PANDA, :
LLC, PANSY, LLC, PENNA, LLC, REO, :
RANCHO, LP,  RV HOLDINGS SEVEN, :
LLC, RV HOLDINGS FOUR, LLC, RV :
HOLDINGS, THREE, LLC, RV HOLDINGS :
ELEVEN LLC,  RVFM I, LLC, RVFM II :
SERIES, LLC, RVFM 12, LLC, RVFM 13 :
SERIES, LLC, RVFM 2, LLC, RVFM 3, LLC, :
RVFM 4 SERIES, LLC, RVFM 5, LLC, :

RVFM 6, LLC, RVFM 8, LLC, SP 1, LLC,  :
VPM REALTY, LLC,  :
  :
Appellees  :

## **ORDER**

**PER CURIAM**

**AND NOW,** this 21st day of May, 2024, upon consideration of the Unopposed Application for Relief, this appeal is DISMISSED as moot.  In all other respects, the application is DENIED.